UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
JOHNY R CASTANEDA  
NANCY M. CASTANEDA  

CASE NO.   04-17829-BKC-RAM

Rec # 283302

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOV 1 3 2009

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $   39.97   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  NOV 1 2 2009

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

JOHNY R CASTANEDA  
NANCY M. CASTANEDA  
14345 SW 57 LN  
# 2  
MIAMI, FL 33183

PATRICK L. CORDERO, ESQUIRE  
198 NW 37 AVENUE  
MIAMI, FL 33125

DILLARD NATIONAL BANK  
P.O. BOX 52051  
PHOENIX, AZ 85072-2051

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   04-17829-BKC-RAM
JOHNY R CASTANEDA
NANCY M. CASTANEDA

                                          CHAPTER 13


JOHNY R CASTANEDA
NANCY M. CASTANEDA
14345 SW 57 LN
# 2
MIAMI, FL 33183

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


DILLARD NATIONAL BANK          ---------$          39.97
P.O. BOX 52051
PHOENIX, AZ 85072-2051

                                   UNDELIVERABLE/STALE
                                   CLAIM REGISTER# 1
U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130